# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PNC EQUIPMENT FINANCE, LLC, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-4708 |
| | : | |
| DOUG PAK, et al., | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 21st day of October, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiff's opposition thereto (ECF No. 11), and the allegations contained in the Complaint (ECF No. 1), it is hereby ORDERED that Defendants' Motion is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.